1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PHILIP JOHN WATSON,                              No.  2:20-cv-02314 AC

12                    Plaintiff,

13            v.                                        ORDER

14    COMMISSIONER, SOCIAL SECURITY
      ADMINISTRATION,
15
                      Defendant.
16

17

18            Plaintiff filed this Social Security case on November 11, 2020.  ECF No. 1.  On

19    November 23, 2020, plaintiff was informed that after service of the complaint, this action would

20    be stayed pursuant to General Order Number 615, and there would be no scheduling order or

21    deadlines in effect pending further order of the court.  ECF No. 4.  The order also indicated that

22    within fourteen days, plaintiff must submit to the United States Marshal a completed summons

23    and copies of the complaint and to file a statement with the court that said documents have been

24    submitted to the United States Marshal.  Id.  Consent/Decline forms were also issued, with a due

25    date of February 25, 2021.  ECF No. 5.

26            The court recognizes that the issuance of the stay and the requirement of service deadlines

27    and submitting Consent/Decline forms may appear contradictory.  Nonetheless, in order to

28    efficiently move social security cases forward as stays are lifted, these deadlines must be met.

1    Accordingly, plaintiff is ORDERED to submit a notice of service by December 28, 2020.

2 The parties must submit their Consent/Decline forms no later than February 25, 2021.  The case

3 remains otherwise stayed.

4    IT IS SO ORDERED.

5 DATED: December 14, 2020

6                                                        ALLISON CLAIRE

7                                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28