1  JACQUELINE A. FORSLUND
   Forslund Law, LLC
2  CSBN 154575
   P.O. Box 4476
3  Sunriver, OR  97707
4  Telephone:    541-419-0074
   Fax:          541-593-4452
5  Email:        jaf@forslundlaw.com

6  Attorney for Plaintiff

7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9

10 JOHN PHILLIP WATSON,           )   Case No.  2:20-CV-02314-AC
                                  )
11      Plaintiff                 )   **STIPULATION AND PROPOSED**
                                  )   **ORDER FOR EXTENSION OF TIME**
12 v.                             )   **TO FILE PLAINTIFF'S MOTION FOR**
                                  )   **SUMMARY JUDGMENT**
13                                )
   ANDREW M. SAUL,                )
14 Commissioner of Social Security,)
                                  )
15      Defendant                 )
                                  )
16                                )
   _____ )
17

18      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

19 the time 30 Days to July 21, 2021, for Plaintiff to file her Motion for Summary Judgment, in

20 accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is

21 requested due to the fact that Plaintiff's counsel will be on a family vacation next week and will not

22 be able to complete this Brief as scheduled.

23

24

25

26

27

28

**Watson v. Saul**           Stipulation and ~~Proposed~~ Order       E.D. Cal. 2:20-cv-02314-AC

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: June 15, 2021    JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  June 15, 2021    PHILIP A. TALBERT
Acting United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

DATED:  June 16, 2021.

[signature]
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Watson v. Saul            Stipulation and ~~Proposed~~ Order        E.D. Cal. 2:20-cv-02314-AC