JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:   541-419-0074
Fax:         541-593-4452
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILLIP WATSON,<br><br>    Plaintiff<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.  2:20-CV-02314-AC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 21 Days to August 11, 2021, for Plaintiff to file his Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested due to the fact that Plaintiff's counsel currently has a heavy workload and requires additional time to address the facts in this case.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: July 20, 2021    JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  July 20, 2021   PHILIP A. TALBERT
Acting United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED


DATED: July 20, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE