JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:           541-593-4452
Email:         jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PHILLIP WATSON, | Case No.  2:20-CV-02314-AC |
| Plaintiff | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 21 Days to August 11, 2021, for Plaintiff to file his Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's third request for an extension. It is requested due to the fact that Plaintiff's counsel's chronic respiratory problems have been exacerbated by the high level of smoke in the air caused by wildfires in her area.  Because of this she has fallen behind on her workload and is unable to file Plaintiff's brief on its current due date.

Thus, Defendant is respectfully requesting additional time up to and including September 10, to respond to Plaintiff's opening brief. Defendant acknowledges that the schedule has previously been extended and apologizes for the further delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: August 10, 2021					JACQUELINE A. FORSLUND
							Attorney at Law


							*/s/Jacqueline A. Forslund*
							JACQUELINE A. FORSLUND

							Attorney for Plaintiff


Date:  August 10, 2021					PHILIP A. TALBERT
							Acting United States Attorney
							DEBORAH STACHEL
							Regional Chief Counsel, Region IX
							Social Security Administration

							*/s/Margaret Lehrkind*
							MARGARET LEHRKIND
							Special Assistant United States Attorney
							*By email authorization

							Attorney for Defendant

**Watson v. Saul**            **Stipulation and Proposed Order**        **E.D. Cal. 2:20-cv-02314-AC**

ORDER

APPROVED AND SO ORDERED


DATED:  August 11, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**Watson v. Saul**            **Stipulation and Proposed Order**        **E.D. Cal. 2:20-cv-02314-AC**