PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILLIP JOHN WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 2:20-cv-02314-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time of 30 days to file her cross-motion for summary judgment in this case. The current due date is November 15, 2021. The new due date will be December 15, 2021. This is Defendant's second request for an extension, and it

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

is made with good cause. Defendant's counsel has reviewed the record in this case and wishes to explore settlement options with her client. On November 11, 2021, Defendant's counsel contacted Plaintiff's counsel and she had no objection to the requested extension. This request is made in good faith with no intention to unduly delay the proceedings.

                Respectfully submitted,

DATE: November 12, 2021      */s/Jacqueline Anna Forslund*
                JACQUELINE ANNA FORSLUND
                Attorney for Plaintiff
                (as approved via email)

                PHILLIP A. TALBERT
                Acting United States Attorney

DATE: November 12, 2021   By *s/ Margaret Lehrkind*
                MARGARET LEHRKIND
                Special Assistant United States Attorney

                Attorneys for Defendant

                ORDER

  Pursuant to stipulation, it is so ordered.

DATE: November 12, 2021

                _____
                ALLISON CLAIRE
                UNITED STATES MAGISTRATE JUDGE