PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PHILLIP JOHN WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 2:20-cv-02314-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time of 14 days to file a motion to remand and opposition to Plaintiff's motion for summary judgment. The current due date is December 15, 2021. The new due date will be December 29, 2021. This is Defendant's third

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

request for an extension, and it is made with good cause. Defendant's counsel has reviewed the record in this case and agrees that remand is appropriate in this case. Defendant's counsel communicated a settlement offer to Plaintiff, but the parties could not agree on the terms of the settlement. Thus, Defendant will be filing a motion for remand in this case, however, she requires additional time to prepare her motion to remand and opposition to Plaintiff's motion for summary judgement. On December 15, 2021, Defendant's counsel contacted Plaintiff's counsel and she had no objection to the requested extension. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

DATE: December 15, 2021

/s/*Jacqueline Anna Forslund*
JACQUELINE ANNA FORSLUND
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: December 15, 2021        By    s/ *Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: December 20, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE